United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-01004-HWV |
| Eric Clinton Stroh | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jun 01, 2021 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2021:**

**Recip ID    Recipient Name and Address**
  + Officer, Managing or General Agent, or Agent Autho, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID    Bypass Reason  Name and Address**
    DANIEL SANTUCCI, Esquire, 1 International Plaza, 5th Floor Philade

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| J. Zac Christman | on behalf of Debtor 1 Eric Clinton Stroh zac@fisherchristman.com office@fisherchristman.com |
| John Fisher | on behalf of Debtor 1 Eric Clinton Stroh johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Mark J. Conway (Trustee) | PA40@ecfcbis.com mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ERIC CLINTON STROH,<br>Debtor(s), | Chapter 7<br>Case Number **5:21-bk-01004** |
| ERIC CLINTON STROH,<br>Movant,<br>v.<br>MIDLAND FUNDING, LLC, and<br>MARK J. CONWAY, TRUSTEE,<br>Respondents, | Motion to<br>Avoid Lien |

### ORDER GRANTING MOTION TO AVOID LIEN

Upon consideration of the above-captioned **Motion to Avoid Lien**, it is hereby ORDERED that the **Motion to Avoid Lien** be and is hereby GRANTED. It is further ORDERED that the lien of **MIDLAND FUNDING, LLC,** docketed at **2020-2880** in the Court of Common Pleas of Lackawanna County, be and is hereby AVOIDED. A copy of this ORDER may be filed at **2020-2880** in the Court of Common Pleas of Lackawanna County.

Dated: June 1, 2021

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (MS)